UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZACKARY CAVANAUGH,<br><br>                Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>                Defendant. | Case No. CV-22-065-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

      Dated this 29th day of August, 2023.

                                              TYLER P. GILMAN, CLERK

                                              By: /s/ Annie Puhrmann
                                              Annie Puhrmann, Deputy Clerk